NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000050
12-JUL-2019
12:34 PM

NO. CAAP-19-0000050

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ESTATE ADMINISTRATIVE SERVICES LLC, Interim Personal
Representative for the Estate of Philip Finn,
Plaintiff-Appellee, v. SIONE P. MOHULAMU, FALAULA
TINOGA, SR., and SAMANTHA KALIKO, Defendants-Appellees,
and CHRISTY TIGILAU, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1RC18-1-8145)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

The Order Approving Stipulation to Dismiss Appeal
entered on June 20, 2019, is hereby corrected as follows: the
title on the first page should be corrected from "ORDER APPROVING
STIPULATION TO DISMISS APPEAL" to "ORDER DISMISSING APPEAL."

The appellate clerk shall take all necessary steps to
notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, July 12, 2019.

Associate Judge

---

[1] Reifurth, Presiding Judge, Chan and Hiraoka, JJ.